441 A.2d 462

Commonwealth v. Pitt, Appellant.

 Argued September 16, 1981. Larry Pitt, appellant, in propria persona; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Order affirmed.